NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JULIO RODRIGUEZ,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF
VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2022-1436

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-4016, Senior Judge William A. Moorman.

---

**JUDGMENT**

---

ADAM R. LUCK, GloverLuck, LLP, Dallas, TX, argued for claimant-appellant. Also represented by AMANDA SUNDAY.

KELLY GEDDES, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, ERIC P. BRUSKIN, PATRICIA M. MCCARTHY; BRIAN D. GRIFFIN, SAMANTHA ANN SYVERSON,

Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 11, 2023          /s/ Jarrett B. Perlow
      Date             Jarrett B. Perlow
                       Clerk of Court